JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FERNANDO ELYU VEGA,<br><br>Petitioner,<br><br>v.<br><br>J. DOERER,<br><br>Respondent. | No. CV 23-09432-CAS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

Date: March 29, 2024

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge